EDGAR L. GILLIS, *Appellant, v.* JOHN W. HILL, *Respondent.* — Judgment reversed and new trial ordered before another referee, costs to abide event.

IN THE MATTER OF THE APPLICATION OF THE LAKE SHORE AND MICHIGAN SOUTHERN RAILROAD COMPANY, *Appellant,* FOR THE APPOINTMENT OF COMMISSIONERS TO EXAMINE THE PROPOSED ROUTE OF THE NEW YORK, LACKAWANNA AND WESTERN RAILROAD COMPANY, *Respondent.* — Decision of commissioners affirmed, with costs of the appeal. Opinion by DWIGHT, J.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant,* FOR THE APPOINTMENT OF COMMISSIONERS TO EXAMINE THE PROPOSED ROUTE OF THE NEW YORK, LACKAWANNA AND WESTERN RAILROAD COMPANY, *Respondent.* — No. 1, No. 2 and No. 3. In each of the three cases the decision of the commissioners affirmed, with costs of appeal.

GEORGE W. MOAK, *as Receiver, etc., Respondent, v.* NATHAN S. HAYES, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. *Held,* that on an appeal to the General Term from a final judgment all the security is required, under section 1352 of the Code to stay execution, that is required by sections 1326 and 1331, to perfect an appeal to the Court of Appeals and stay execution, although by section 1351 no security is required for the sole purpose of perfecting such appeal.

GAZENA C. JONES, *Appellant v.* ORVIS H. ZOLLAR and others, *Respondents.* — Order appealed from affirmed, with ten dollars costs and disbursements. *Held,* that the matters of fact alleged in the second defense antecedent to the settlement and release are to be construed as matters of inducement to the alleged settlement which embraces the release of the plaintiff's right of dower. SMITH, P. J., dissenting.

IN THE MATTER OF THE ASSIGNMENT OF CALVIN L. WINTERS. — Order appealed from affirmed on the opinion of the county judge, with ten dollars costs and disbursements to be paid by the appellant personally.

NORTON W. STODDARD, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction and sentence reversed and a new trial ordered in the Court of Sessions of Lewis county, to which court the proceedings are remitted. *Held,* that the charge in respect to the consideration to be given to the fact of the assignment of the mortgage from George Bush to William Bush, and the refusal to charge as requested upon that subject were erroneous.